1  Law Office of Mahir T. Sherif
   Mahir T. Sherif (135021)
2  3376 30th Street
   San Diego, CA  92104
3  Tel: (619) 297-4444
   Fax: (619) 297-4115
4
   Attorney for Defendant, Omar Vasquez
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                       (Honorable Dana M. Sabraw)
10
                                          )  Case No.: 08-CR-1769—001-DMS
11                                        )
   **UNITED STATES OF AMERICA**,          )  **JOINT MOTION TO CONTINUE**
12                                        )  **SENTENCING**
              Plaintiff,                  )
13                                        )
         vs.                              )  Date:        September 12, 2008
14                                        )  Time:        9:00 a.m.
   **OMAR VASQUEZ**,                      )  Courtroom:   Hon. Dana M. Sabraw
15                                        )
              Defendant                   )
16 _____

17
        THE PARTIES HEREBY jointly move that the sentencing date in the above
18
   entitled case, currently scheduled for September 12, 2008 at 9:00 a.m. before the
19
   Honorable Dana M. Sabraw, be continued to October 12, 2008, at 9:00 a.m.
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25

JOINT MOTION TO CONTINUE SENTENCING

08-CR-1769-001-DMS

-1-

1   The defendant is in custody and THE PARTIES FURTHER AGREE that time
2   should be excluded until the acceptance of plea under the Speedy Trial Act.
3   SO STIPULATED.

4                                                    Respectfully Submitted,

5   DATED: July 1, 2008                              s/Mahir T. Sherif
                                                     Mahir T. Sherif, Esq.
6                                                    Mahirsherif@sbcglobal.net
7                                                    Attorney for Defendant

8   DATED: July 1, 2008                              s/Charlotte Kaiser
                                                     Charlotte Kaiser, Esq.
9                                                    Assistant U.S. Attorney

12  **CERTIFICATE OF SERVICE**

13  Copy of the foregoing served electronically
14  or by other means on this 1st Day of July, 2008 to:

15  **Charlotte Kaiser, Esq.**