Law Office of Mahir T. Sherif
Mahir T. Sherif (135021)
3376 30th Street
San Diego, CA 92104
Tel: (619) 297-4444
Fax: (619) 297-4115

Attorney for Defendant, Omar Vasquez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OMAR VASQUEZ, ) <br> ) <br> Defendant, ) <br> ) | Case No.: 08-CR-1769—001-DMS <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE** |

## ORDER GRANTING JOINT MOTION TO CONTINUE

Having considered the Joint Motion to Continue filed on July 1, 2008, and for good cause shown, the Court finds that said motion should be granted. The sentencing is continued to 10-17-08 at 9 a.m.

Dated this 2nd day of July, 2008.

_____
Honorable Dana M. Sabraw
United States District Court Judge